UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER BAINBRIDGE, <u>ET</u> <u>AL</u>.,
    Plaintiffs

v.

U.S. BANK, N.A. as Trustee for the C-BASS Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6, <u>ET</u> <u>AL</u>.,
    Defendants

CIVIL ACTION NO. 3:16-CV-0411
(Judge Nealon)

## SCHEDULING ORDER

**AND NOW, THIS 26TH DAY OF JUNE, 2017,** upon consideration of the parties' Proposed Joint Case Management Plan, (Doc. 42), **IT IS HEREBY ORDERED THAT:**

1. The pre-trial schedule in the above-captioned case shall be as follows:

   a. **Joining Additional Parties**. The final date for the joining of additional parties shall be **July 31, 2017**.

   b. **Amendment of Pleadings**. The final date for the amendment of pleadings shall be **July 14, 2017**.

   c. **Fact Discovery**. All fact discovery shall be completed by **November 3, 2017**.

   d. **Dispositive Motions**. Potentially dispositive motions, if any, shall be filed by **March 23, 2018**.

   e. **Expert Discovery.** All expert discovery, if any, shall be completed by **February 21, 2018**.

  f. **Experts.**  Plaintiff shall disclose reports from retained experts, if any, by **December 4, 2017**.  Defendant shall disclose reports from retained experts, if any, by **January 3, 2018**.

  g. **Supplementations.**  Supplementary disclosures shall be made by **January 24, 2018**.

  h. Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

2. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

3. No extensions of the pre-trial schedule shall be granted absent good cause.  See FED. R. CIV. P. 16(b).

Counsel shall not cease active discovery pending disposition of any pre-trial motions, including, but not limited to, motions to dismiss.

The schedule established herein should be followed by all counsel and parties.

              /s/ William J. Nealon
              **United States District Judge**