IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **CHRISTOPHER BAINBRIDGE** | : | No. 16-CV-00411 |
| **AND KELLY BAINBRIDGE** | : | (WJN) |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **OCWEN LOAN SERVICING, LLC,** | : | |
| **Et al.** | : | |
| **Defendants** | : | |

_____
_____

DEFENDANT, UDREN LAW OFFICES, P.C.'S, ANSWER IN OPPOSITION TO
PLAINTIFFS' MOTION TO AMEND COMPLAINT
_____

Defendant, Udren Law Offices, P.C. ("Udren"), by and through its undersigned counsel, hereby answers in opposition to the Motion of Plaintiffs to "Amend their Complaint." In support of this Answer, Udren relies upon the accompanying memorandum of law and referenced exhibit. Udren incorporates all of the facts, authority, definitions and exhibits supplied in their Motion to Dismiss Amended Complaint with Prejudice. [Doc. 24]. A proposed form of Order denying Plaintiffs' Motion to Amend is attached.

Dated: August 8, 2017                                    Respectfully submitted,

                                                                        **UDREN LAW OFFICES, P.C.**

                                                                        /s/ David Neeren_____
                                                                        David Neeren
                                                                        111 Woodcrest Road, Suite 200
                                                                        Cherry Hill, NJ 08003
                                                                        Tel (856) 669.5572
                                                                        dneeren@udren.com
                                                                        ***Attorney for Udren Law Office, P.C.***