UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BAINBRIDGE & KELLY BAINBRIDGE, INDIVID. & AS H/W, : <br><br> Plaintiffs, : <br><br> v. : <br><br> U.S. BANK, N.A. as Trustee for the C-BASS Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6, et al., : <br><br> Defendants. : | Civil Action No. 16-CV-00411 (MEM) |

## ORDER

AND NOW, this ___29th___ day of ___May___, 2018, upon consideration of the Joint Motion to Modify Discovery Schedule filed by all parties, the Court hereby orders that the pre-trial schedule in the above-captioned case shall be as follows:

a. **Fact Discovery.** All fact discovery shall be completed by **September 28, 2018**.

b. **Dispositive Motions.** Potentially dispositive motions, if any, shall be filed by **December 21, 2018**.

c. **Expert Discovery.** All expert discovery, if any, shall be completed by **December 21, 2018**.

d. **Experts.** Plaintiff shall disclose reports from retained experts, if any by **October 29, 2018**. Defendant(s) shall disclose expert reports from retained experts, if any, by **November 26, 2018**.

e. **Supplementations.** Supplemental disclosures shall be made by **December 7, 2018**.

- 2 -

f. Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

BY THE COURT:

*/s/ Malachy E. Mannion*

Hon. Malachy E Mannion