UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BAINBRIDGE & KELLY BAINBRIDGE, INDIVID. & AS H/W, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Civil Action No. 16-CV-00411 (MEM) <br> : |
| U.S. BANK, N.A. as Trustee for the C-BASS Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6, et al., | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**STIPULATION TO MODIFY DISCOVERY ORDER**

**WHEREAS,** Plaintiffs and Defendants U.S. Bank, N.A., as Trustee for the C-BASS Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6 ("U.S. Bank") and Ocwen Loan Servicing, LLC ("Ocwen") have completed fact depositions in this matter and have exchanged expert reports;

**WHEREAS,** the parties are still completing expert depositions,

**WHEREAS,** to complete expert discovery and accommodate summer schedules, the parties are in need of a brief extension of the existing schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants U.S. Bank and Ocwen, through their undersigned counsel, that the pre-trial schedule in the above-captioned case shall be modified as follows:

a. **Dispositive Motions.** Potentially dispositive motions, if any, shall be filed by **August 9, 2019**.

b. **Expert Discovery.** All expert discovery shall be completed by **August 2, 2019**.

c. Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

| | |
|---|---|
| Dated: July 3, 2019 | Respectfully submitted, |
| **ROBERT P. COCCO, P.C.** | **GREENBERG TRAURIG, LLP** |
| */s/ Robert P. Cocco* | */s/ Gregory T. Sturges* |
| Robert P. Cocco, Esq. (admitted *pro hac vice*) | Brian T. Feeney, Esq. |
| 1500 Walnut St., Suite 900 | Gregory T. Sturges, Esq. |
| Philadelphia, PA 19108 | 1717 Arch St., Suite 400 |
| T (215) 351-0200 | Philadelphia, PA 19103 |
| rcocco@rcn.net | T (215) 988-7820 |
| | feeneyb@gtlaw.com |
| Matthew B. Weisberg, Esq. | sturgesg@gtlaw.com |
| **Weisberg Law** | |
| 7 South Morton Avenue | *Attorneys for Defendants U.S. Bank, N.A. as* |
| Morton, PA 19070 | *Trustee for the C-BASS Mortgage Loan Trust* |
| T (610) 690-0801 | *Asset-Backed Certificates, Series 2007-CB6* |
| mweisberg@weisberglawoffice.com | *and Ocwen Loan Servicing, LLC* |

*Attorneys for Plaintiffs Christopher and Kelly Bainbridge*

Dated: July 8, 2019

BY THE COURT:

_____
Hon. Malachy E Mannion