UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Christopher Bainbridge & Kelly Bainbridge, individ. & as H/W | : | |
| | : | |
| Plaintiffs, | : | NO.: 3:16-cv-00411-WJN |
| | : | |
| v. | : | |
| | : | |
| U.S. Bank, N.A. as Trustee for the C-BASS Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6 | : | |
| | : | **JURY TRIAL DEMANDED** |
| And | : | |
| | : | |
| Ocwen Loan Servicing, LLC Servicing, Inc. f/d/b/a AHMSI | : | |
| | : | |
| And | : | |
| | : | |
| Udren Law Offices, P.C. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs, by and through their undersigned counsel, hereby move this Honorable Court for Partial Summary Judgment on liability against Defendants U.S. Bank and Ocwen on Count II of their Amended Complaint sounding in Wrongful Use of Civil Proceedings.

Dated: August 9, 2019

/s/ Robert P. Cocco
**ROBERT P. COCCO, P.C.**
Attorney for Plaintiff
Pa. Id. No. 61907
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-351-0200

**WEISBERG LAW**
Matthew B. Weisberg, Esquire
Attorney Id: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801