# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER BAINBRIDGE & KELLY BAINBRIDGE, Individually and as His Wife, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:16-411 |
| v. | : | (JUDGE MANNION) |
| U.S. BANK, N.A. as Trustee for the C-BASS Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6, et al., | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:** defendants' motion to exclude the opinion testimony of plaintiffs' expert, Mark S. Pearlstein, Esquire, **(Doc. 101)** is **GRANTED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: July 2, 2020**
16-411-01