# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BAINBRIDGE & KELLY BAINBRIDGE,** Individually and as His Wife, | : : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:16-411 |
| v. | : | (JUDGE MANNION) |
| **U.S. BANK, N.A. as Trustee for the C-BASS Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6, et al.,** | : : : | |
| Defendants | : : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' motion for summary judgment **(Doc. 95)** is **GRANTED**.

(2) The plaintiffs' motion for partial summary judgment **(Doc. 98)** is **DENIED**.

(3) Summary judgment is hereby directed to be entered in favor of the defendants U.S. Bank, N.A., as Trustee for the C-BASS Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6 and Ocwen

- 2 -

Loan Servicing, LLC, and against the plaintiffs Christopher Bainbridge and Kelly Bainbridge.

          *s/ Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**DATE: March 12, 2021**
16-411-02-ORDER