IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BAINBRIDGE & KELLY BAINBRIDGE,<br>    Plaintiffs<br><br>v.<br><br>U.S. BANK, N.A. as Trustee for The C-Bass Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6, et al.<br>    Defendants | Civil Action No. 3:16-cv-0411 |

## SUMMARY JUDGMENT

Pursuant to Order of Court, Summary Judgment is hereby entered

**AGAINST** Plaintiffs Christopher Bainbridge and Kelly Bainbridge and

**IN FAVOR OF** Defendants U.S. Bank, N.A., as Trustee for the C-Bass Mortgage Loan Trust Asset-Backed Certificates, Series 2007-CB6 and Ocwen Loan Servicing, LLC.

Peter J. Welsh, Clerk of Court

by: /s/ Ed Petroski, Jr.
Ed Petroski, Jr.
Deputy Clerk

Dated: May 18, 2021